IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CV-00306-M

| | |
|---|---|
| BRANDON MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>TAILORED BRANDS, INC., et al.,<br><br>Defendants. | ORDER |

This matter comes before the court on Plaintiff's motion for leave to proceed in *forma pauperis* and complaint. DE 1. 2. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Robert B. Jones, Jr. entered a memorandum and recommendation ("M&R"), allowing Plaintiff to proceed without paying a filing fee but recommending that this court dismiss Plaintiff's complaint for failing to state a plausible claim for relief. DE 5. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the ... recommendation[ ] ... receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

[1] Judge Jones issued the M&R on August 6, 2026. Accordingly, objections were due to be filed on or before August 20, 2026. *See* 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(2); Local Civil Rule 72.4(b).

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's complaint, DE 1, is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

SO ORDERED this 31st day of August, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE